IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CORNELIUS J. DUPARD, IV

CASE NO. 15-12249
CHAPTER 13
SECTION "B"

## MOTION FOR RELIEF FROM STAY

NOW INTO COURT, through undersigned counsel, comes Federal National Mortgage Association ("Mover"), a corporation organized and existing under the laws of United States of America, and respectfully represents:

I.

Cornelius J. Dupard, IV filed a petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on September 1, 2015.

II.

This court has jurisdiction to grant the relief sought herein pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 1301, and 11 U.S.C. § 362. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(G).

III.

Mover is the holder of a secured claim against the Debtor with a principal balance of $91,179.91, together with post-petition payments due from April, 2016 to-date, accrued interest and attorney fees and costs, represented by one certain Promissory Note dated February 17, 2006, in the original principal sum of $90,800.00, payable to PHH Mortgage Corp. (fka Cendant Mortgage Corp), executed by Cornelius J. Dupard, IV, payable in monthly installments of principal and interest in the amount of $598.32 per month commencing on April 1, 2006, and on the first day of each month thereafter, and which note bears interest at the rate of 6.905% per annum from date until paid. A copy of which is attached hereto as Exhibit "A".

IV.

The promissory note described above is secured by a mortgage of even date and amount, recorded in the Parish of Jefferson, State of Louisiana on February 21, 2006, in Instrument Number 10607968, Mortgage Book 4266, Page 285. A copy of which is attached hereto as Exhibit "B". Said mortgage affects the following described property, to wit:

A certain lot of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the State of Louisiana, Parish of Jefferson, City of Kenner, in that part thereof known as VETERANS HEIGHTS SUBDIVISION. And according to plan of resubdivision of Lots 51 through 64, both inclusive, Square 190, Kenner Project, Section 8; City of Kenner, approved by the Planning & Zoning Commission and the City of Kenner Council under Ordinance No. 4179, dated October 18, 1984, recorded in the office of the Clerk of Court for the Parish of Jefferson at COB 1124, folio 292, said log is designated and measures as follows:
LOT 57-A, SQUARE 190, bounded by Greenwood Street, 27th Street (formerly Frankfort Avenue), Aberdeen Street, side, and Veterans memorial Boulevard (formerly Luverne Avenue). Said Lot 57-AS measures 50 feet front on Greenwood Street, same width in the rear, by a depth of 120 feet between equal and parallel lines. All as more fully shown on survey of Edward L. Clinton, Surveyor, dated August 27, 1984, revised September 10, 1984; further revised on January 29, 1985 to show improvements.
Improvements thereon bear the Municipal No. 2724-2726 Greenwood Street, Kenner, LA 70082

V.

The principal balance due and owing to Mover is $91,179.91, together with post-petition unpaid installments due from April, 2016 to-date, and attorney's fees and costs, less the suspense balance of $165.30, all as more fully stipulated in said note and mortgage.

VI.

The Chapter 13 Plan, as confirmed by the Court, proposes to maintain the ongoing post-petition payments due Mover directly.

VII.

Seterus, Inc., services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the Debtor obtains

a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Federal National Mortgage Association. Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.

VIII.

For the reasons set forth above, there is, therefore, sufficient "cause" to warrant stay relief to 11 U.S.C. § 362(d)(1).

WHEREFORE MOVER PRAYS that the stay imposed in these proceedings should be lifted insofar as Mover is concerned and that Mover should be permitted to immediately initiate, continue, or refile suit in any State Court of proper jurisdiction to foreclose upon its security interest in the above described real property, to name the Debtor as defendant therein and to conduct whatever judicial enforcement proceeding which may be necessary to effectuate this order on the property hereinabove described.

MOVER FURTHER PRAYS that any stay relief granted be deemed continuing, binding and effective in any subsequent conversion of this bankruptcy proceeding.

Dated: July 7, 2016

Respectfully submitted,
Graham, Arceneaux & Allen, LLC
*/s/ Fred J. Daigle*
L. Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA 70113
(504)522-8256
bankruptcy@gra-arc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:

CORNELIUS J. DUPARD, IV  
DEBTOR

CASE NO. 15-12249  
CHAPTER 13

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

BEFORE ME, the undersigned authority personally came and appeared:

Philip T. Leavenworth, being first duly sworn on oath, deposes and states as follows:

1. The he/she is a duly authorized agent for Federal National Mortgage Association ("Mover") and is such familiar with the account of Cornelius J. Dupard IV.

2. The Mover is the current owner and holder of a note and is entitled to enforce the said note executed by Cornelius J. Dupard IV, dated February 17, 2006, in favor of PHH Mortgage Corp. (fka Cendant Mortgage Corp), in the original principal sum of $90,800.00, bearing an interest rate of 6.905% as reflected on the copy of the Note attached to the Motion as Exhibit "A".

3. The Note is secured by a Mortgage encumbering certain real property commonly known as 2724 - 26 Greenwood Street, Kenner, LA 70062.

4. The unpaid principal balance of this loan as of June 27, 2016 is $91,179.91.

5. The Debtor failed to make payments with respect to this loan for the months of April, 2016 through June, 2016. The total post-petition arrearage due as of June 27, 2016 is: $2,322.90. Please note that additional payments will become due after June 27, 2016. Attached to the motion as Exhibit "C" is a summary of the Debtor's post-petition history, including default dates and amounts.

6. The sums set forth in this affidavit do not include any, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

BY: _____
AFFIANT

Subscribed and sworn to before me
this _30_ day of _June_, 2016, by
_Philip T. Leavenworth_,
_____, Notary Public
State of _OREGON_
My Commission expires: ____
Personally Known _✓_ OR
Produced Identification _____.
Type of Identification Produced:
_____.

OFFICIAL SEAL
JANETTE D WILDER
NOTARY PUBLIC – OREGON
COMMISSION NO. 479505
MY COMMISSION EXPIRES JULY 04, 2017

7/4/17

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**