**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER   15-12249 |
| CORNELIUS DUPARD IV | SECTION "B" |
| DEBTOR | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## 2nd MOTION TO MODIFY CONFIRMED PLAN OF REORGANIZATION

### (Not a material change)

**NOW INTO COURT** comes CORNELIUS DUPARD IV, debtor in the above titled and numbered case ("Debtor"), who with respect represents:

1.

On September 1, 2015, Debtor filed a voluntary petition for relief under Title 11, chapter 13 of the Bankruptcy Code.

2.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 USC §157(b)(2)(A), 28 USC §1334, and 11 USC §1329.

3.

On November 4, 2015, this Court confirmed Debtor's plan of reorganization. Under the terms of the plan, as originally confirmed, Debtor proposed to make 30 payments of $425.00, then 30 payments of $855.00 per month to the chapter 13 trustee. Debtor also made direct payments of $100.00 to Dept. of Education – Nelnet, $760.00 to LA Federal Credit Union, $1,643.00 to Ocwen Loan Servicing's, LLC, $890.65 to Seterus, and $800.00 to Terminal Credit Union. The plan had a liquidation of $36,776.69. Debtor was paying $5,253.29 (or 100% + 4%) to unsecured, non-priority claimants. Debtor was above the means at the time of filing.

4.

Thereafter the plan was modified as follows:

- **9/6/2016: Modified to increase the payments to $760.00 beginning with the payment due for March, 2017 through November, 2017 then $1,210.00 for December, 2017 through the end of the plan; and post-petition arrears in the amount of $3,978.30 were added to FEDERAL NATIONAL MORTGAGE ASSOCIATION pre-petition claim of $8,878.54 for a total claim of $12,856.84**

5.

As of February, 2017 Debtor's Plan is in month 17 with 43 months remaining. Debtor is current with payments to the Trustee.

6.

Debtor requires further modification the Plan because Debtor fell behind with direct payments to OCWEN LOAN SERVICING, LLC. Debtor is behind seven (7) months – May, 2016 through November, 2016. He has made the payments to OCWEN for December, 2016 forward.

7.

Debtor failed to make his required payments to OCWEN LOAN SERVICING, LLC because his tenant moved out in March, 2017 owing four months of rent (At $1,800 per month). Debtor had anticipated renting the home right away but was not able to get a tenant in until November, 2016 (at which time he resumed paying OCWEN).

8.

Filed with this Motion is a modified plan that adds approximately $12,471.93 in post-petition arrears owed to OCWEN LOAN SERVICING, LLC to the amounts payable under the Plan. The post- petition arrears are to be added to $17,500.00 in prepetition arrears originally owed to OCWEN LOAN SERVICING, LLC and originally scheduled for payment under the Plan. The total amounts now payable to OCWEN LOAN SERVICING, LLC under the Plan is $29,971.93.

9.

The additional arrears due OCWEN LOAN SERVICING, LLC will be satisfied by modifying the payments due under the Plan. Payments shall be increased to $760.00 beginning with the payment due for March, 2017 through November, 2017 then $1,210.00 for December,

2017 through the end of the plan. The term of Debtor's Plan shall remain the same. Debtor's

Schedule I and J are affected as follows:

|  | Schedule I | Schedule J |
|---|---|---|
| Original | $8,042.41 | $7,614.65 |
| Amended | $8,376.50 | $7,614.65 |

10.

Distributions to unsecured, non-priority claimants shall not be affected by this

modification. The present value of total distributions to unsecured, non-priority claimants, after

giving effect to this modification will remain 100% + 4%.

11.

OCWEN LOAN SERVICING, LLC will amend its proof of claim within ten days of the

signing of this order to reflect the correct arrearage amount.

12.

Counsel for debtor will be requesting additional fees of $350.00 plus costs for filing this

motion. The additional fees are factored into the amended plan ($40.00 paid up front by debtor)

WHEREFORE, CORNELIUS DUPARD IV, debtor in the above captioned proceedings,

prays that after notice, the expiration of all legal delays, and hearing, that this **2nd MOTION**

**TO MODIFY CONFIRMED PLAN OF REORGANIZATION** is granted and that Debtor's

plan is modified to increase the payments to $760.00 beginning with the payment due for March,

2017 through November, 2017 then $1,210.00 for December, 2017 through the end of the plan;

that post-petition arrears in the amount of $12,471.93 are added to OCWEN LOAN

SERVICING, LLC pre-petition claim of $17,500.00 for a total claim of $29,971.93; and for all

other general and equitable relief.

The information in this motion is true and correct to the best of my knowledge:

Cornelius Dupard, February 10, 2017

RESPECTFULLY SUBMITTED:
Pontchartrain Law Center

_/s/ Mary M. Taylor_____
MARY M. TAYLOR    #19179
AUSTIN Y. TAYLOR  #37325
Attorney for Debtor
3525 N. Causeway Blvd., Suite 708
Metairie, Louisiana  70002
Telephone (504) 831-7405
Fax (504) 837-0866
mary@pontchartrainlaw.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Cornelius J. Dupard, IV |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (If known) | **15-12249** |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | operator | student |
| Employer's name | | Motiva Ent. | |
| Employer's address | | P. O. Box 4282<br>Houston, TX 77210-4282 | |
| How long employed there? | | since 2/15 | |

**Part 2:      Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 7,534.70 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 7,534.70 | $ 0.00 |

Debtor 1 **Cornelius J. Dupard, IV**     Case number *(if known)* **15-12249**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 7,534.70 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 692.80 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 470.18 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 320.22 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 1,483.20     $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.     7.     $ 6,051.50     $ 0.00

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,325.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 2,325.00     $ 0.00

10. Calculate monthly income. Add line 7 + line 9.     10.     $ 8,376.50 + $ 0.00 = $ 8,376.50
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.     +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.     $ 8,376.50

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.
☐ Yes. Explain:

rent: 2724-26 Greenwood - $600
Cobblestone - $1,800
Dawson - $900



**Pay Date: 02/03/2017 - Regular**

| Motiva Company | | Cornelius J Dupard IV | |
| --- | --- | --- | --- |
| P.O. Box 4282 | | 2629 Dawson Ave | |
| Houston, TX 77210-4282 | | Kenner, LA 70062 | |

| Employee ID | ******** | Pay Advice # | 0024148600063 |
| --- | --- | --- | --- |
| Pay Frequency | Bi-weekly | Period Begin Date | 01/15/2017 |
| | | Period End Date | 01/28/2017 |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
| --- | --- | --- | --- | --- |
| Federal | | Married | 99 | 25.00 |
| Primary State | LA | Married | 5 | 20.00 |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**

INQUIRIES? Hours: Contact your Timekeeper. For Benefits: Fidelity 1-800-30SHELL. Pay: Contact HR Service Desk-Americas 866-514-7135. Current Benefits Info: Click on Fidelity NetBenefits.

Click Tax Form Services and scroll down to Consent if you are not already enrolled to receive your original W-2 electronically.

Direct Deposit: Update on the HR Online home page choose My Data & Reports > Personal Information > Bank Details

W-4 Tax Withholding: Update on the HR Online home page choose My Pay > United States Tax Withholding W-4 Form

| Earnings | Rate | Hours | This Period | YTD |
| --- | --- | --- | --- | --- |
| Regular Pay - Hourly | 32.96000 | 76.00 | 2,504.96 | 7,514.88 |
| NightShiftBonus Sched Nights @100% | 1.50000 | 52.00 | 78.00 | 174.00 |
| Holiday Premium @ 100% | | | 0.00 | 164.80 |
| Tax Result SRA Gift Net-TaxAsst | | | 0.00 | 19.39 |
| Overtime paid at 150% | 49.44000 | 1.75 | 86.52 | 234.84 |
| Overtime paid at 250% | | | 0.00 | 20.60 |
| Scheduled Overtime @ 150% | 49.44000 | 12.00 | 593.28 | 1,186.56 |
| NightShiftBonus Prem Nights @ 150% | 2.25000 | 0.75 | 1.69 | 5.63 |
| NightShiftBonus Prem Nights @ 250% | | | 0.00 | 0.94 |
| NightShiftBonus Sched OT Nights @ 150% | | | 0.00 | 9.00 |
| Holiday Premium @ 150% | | | 0.00 | 395.52 |
| Special Recog Award Gift-Net | | | 0.00 | 40.00 |
| CGLI - FICA Only | | | 6.62 | 19.88 |
| **Total Earnings :** | | | **$3,264.45** | **$9,726.16** |
| **Pre-Tax** | | | **This Period** | **YTD** |
| Medical Insurance Pre Tax | | | 214.39 | 643.17 |
| Dental Ins Pre Tax | | | 49.96 | 149.88 |
| Employee Provident Fund Pre-Tax | | | 237.31 | 711.93 |
| FSA Health Care | | | 37.50 | 112.50 |
| Accidental Ins Pre Tax | | | 8.58 | 25.74 |
| Vision Pre Tax | | | 10.16 | 30.48 |
| Vacation Buy Pre Tax | | | 60.85 | 182.55 |
| **Total Pre-Tax :** | | | **$618.75** | **$1,856.25** |
| **Taxes** | | | **This Period** | **YTD** |
| Federal | | | 25.00 | 89.85 |
| EE Social Security Tax | | | 179.16 | 535.79 |
| EE Medicare Tax | | | 41.89 | 125.30 |
| **Total Taxes :** | | | **$246.05** | **$750.94** |
| **POST-TAX** | | | **This Period** | **YTD** |
| Spouse Life Insurance | | | 0.93 | 2.79 |
| Employee Life Insurance | | | 15.95 | 47.85 |
| Income Protection Insurance | | | 14.26 | 42.78 |
| Long Term Disability | | | 25.48 | 76.44 |
| Group Legal | | | 6.48 | 19.44 |
| Dependent Life | | | 0.65 | 1.95 |
| Retirement Life | | | 10.35 | 31.05 |
| Bankruptcy Order | | | 207.69 | 623.07 |
| **TOTAL POST-TAX:** | | | **$281.79** | **$845.37** |
| **Net Pay** | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | **$2,117.86** | **$6,273.60** |

**OTHER BENEFITS & INFORMATION**

| Description | Percent | This Period | Year-To-Date |
| --- | --- | --- | --- |
| Employee Provident Fund Pre-Tax | 9.00 | 237.31 | 711.93 |
| Employee Provident Fund After-Tax | 0.00 | 0.00 | 0.00 |
| Member Provident Fund II - ended 12/31/2014 | 0.00 | 0.00 | 0.00 |
| Company Provident Fund | 2.50 | 65.92 | 197.76 |
| Catch-up Contribution - ended 12/31/2014 | 0.00 | 0.00 | 0.00 |
| GESPP Post Tax | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | pre-tax deds | Taxable Wages | taxes | post-tax deds | net pay |
| --- | --- | --- | --- | --- | --- | --- |
| This Period | $3,264.45 | $618.75 | $2,652.32 | $246.05 | $281.79 | $2,117.86 |
| YTD | $9,726.16 | $1,856.25 | $7,929.79 | $750.94 | $845.37 | $6,273.60 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
| --- | --- | --- | --- | --- |
| Direct deposit 1 | Checking or Money Market | $400.00 | <...7000> | Terminal CU |
| Direct deposit 2 | Checking or Money Market | $1,717.86 | <...0816> | Louisiana FCU |

 *ePayroll*

**Pay Date: 12/22/2016 - Regular**

Motiva Company
P.O. Box 4262
Houston, TX 77210-4262

Cornelius J Duport IV
2829 Dawson Ave
Kenner, LA 70062

| | | | |
|---|---|---|---|
| Employee ID | -------- | Pay Advice # | 0024148800080 |
| Pay Frequency | Bi-weekly | Period Begin Date | 12/04/2016 |
| | | Period End Date | 12/17/2016 |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 99 | 25.00 |
| Primary State | LA | Married | 5 | 20.00 |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
INQUIRIES? Hours: Contact your Timekeeper. For Benefits: Fidelity 1-800-30SHELL. Pay: Contact HR Service Desk-Americas 866-514-7135. Current Benefits info: Click on Fidelity NetBenefits.

Click Tax Form Services and scroll down to Consent if you are not already enrolled to receive your original W-2 electronically.

Direct Deposit: Update on the HR Online home page choose My Data & Reports > Personal Information > Bank Details

W-4 Tax Withholding: Update on the HR Online home page choose My Pay > United States Tax Withholding W-4 Form

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Performance Bonus Prior Yr | | | 0.00 | 3,400.00 |
| Regular Pay - Hourly | 32.96000 | 52.00 | 1,713.92 | 54,651.03 |
| Special Recog Award - Cash | | | 0.00 | 690.00 |
| NightShiftBonus Sched Nights @100% | | | 0.00 | 1,418.60 |
| Vacation | | | 0.00 | 3,406.16 |
| Non Occ Disability Full Pay | | | 0.00 | 2,373.12 |
| Non OccDisability Half Pay | 16.48000 | 24.00 | 395.52 | 2,241.23 |
| Holiday Premium @ 100% | | | 0.00 | 412.33 |
| Tax Result SRA Gift Net-TaxAsst | | | 0.00 | 116.32 |
| Meal Allow Taxable-Hourly | | | 0.00 | 20.00 |
| TMS Travel Exp-TDE | | | 0.00 | 126.00 |
| Performance Bonus Overtime | | | 0.00 | 175.72 |
| Performance Bonus OT NonBen | | | 0.00 | 416.50 |
| Overtime paid at 150% | 49.44000 | 1.25 | 61.80 | 8,776.19 |
| Overtime paid at 200% | | | 0.00 | 1,235.87 |
| Overtime paid at 250% | | | 0.00 | 98.52 |
| Scheduled Overtime @ 150% | 49.44000 | 8.00 | 395.52 | 6,234.60 |
| NightShiftBonus Prem Nights @ 150% | 2.25000 | 1.25 | 2.81 | 157.65 |
| NightShiftBonus Prem Nights @ 200% | | | 0.00 | 0.75 |
| NightShiftBonus Prem Nights @ 250% | | | 0.00 | 2.82 |
| NightShiftBonus Sched OT Nights @ 150% | | | 0.00 | 92.99 |
| Vacation Overtime @ 150% | | | 0.00 | 1,156.48 |
| Non OccDisab FullPay OT @ 100% | | | 0.00 | 263.66 |
| Non OccDisab Half Pay OT @ 100% | | | 0.00 | 197.76 |
| Holiday Premium @ 150% | | | 0.00 | 3,069.24 |
| Special Recog Award Gift-Net | | | 0.00 | 240.00 |
| Misc Payment - NoTaxAsst | | | 0.00 | 400.00 |
| CGU - FICA Only | | | 6.64 | 150.52 |
| CGU - FICA Only - Adjustment | | | 0.00 | 1.62 |
| **Total Earnings :** | | | **$2,569.57** | **$90,417.47** |

| Pre-Tax | | | This Period | YTD |
|---|---|---|---|---|
| Medical Insurance Pre Tax | | | 203.93 | 4,822.32 |
| Dental Ins Pre Tax | | | 44.02 | 1,056.48 |
| Employee Provident Fund Pre-Tax | | | 201.72 | 5,642.22 |
| FSA Health Care | | | 25.00 | 609.00 |
| Accidental Ins Pro Tax | | | 8.58 | 198.75 |
| Vision Pre Tax | | | 8.04 | 192.96 |
| Vacation Buy Pre Tax | | | 54.79 | 1,427.04 |
| Accidental Ins Pre Tax Adj | | | 0.00 | 0.87 |
| **Total Pre-Tax :** | | | **$543.08** | **$13,940.64** |

| Taxes | | | This Period | YTD |
|---|---|---|---|---|
| Federal | | | 25.00 | 1,862.14 |
| EE Social Security Tax | | | 138.56 | 5,140.49 |
| EE Medicare Tax | | | 32.40 | 1,202.21 |
| Louisiana | | | 0.00 | 108.80 |
| **Total Taxes :** | | | **$195.96** | **$8,313.64** |

| POST-TAX | | | This Period | YTD |
|---|---|---|---|---|
| Spouse Life Insurance | | | 0.33 | 18.66 |
| Employee Life Insurance | | | 8.92 | 208.71 |
| Income Protection Insurance | | | 12.97 | 300.55 |
| Long Term Disability | | | 25.48 | 590.47 |
| Group Legal | | | 6.48 | 155.52 |
| Dependent Life | | | 0.59 | 14.16 |
| Retirement Life | | | 10.35 | 239.55 |
| Spouse Life Adj | | | 0.00 | 0.90 |
| Employee Life Insurance Adj | | | 0.00 | 0.81 |
| Income Protection Ins Adj | | | 0.00 | 1.25 |
| Long Term Disability Adj | | | 0.00 | 2.42 |
| Retirement Life Adj | | | 0.00 | 1.11 |
| Bankruptcy Order | | | 207.75 | 5,151.57 |
| **TOTAL POST-TAX:** | | | **$273.37** | **$6,683.68** |

| Net Pay | | | This Period | YTD |
|---|---|---|---|---|
| **Total Net Pay :** | | | **$1,557.16** | **$61,507.51** |

**OTHER BENEFITS & INFORMATION**

| Description | Percent | This Period | Year-To-Date |
|---|---|---|---|
| Employee Provident Fund Pre-Tax | 9.00 | 201.72 | 5,642.22 |
| Employee Provident Fund After-Tax | 0.00 | 0.00 | 0.00 |
| Member Provident Fund II - ended 12/31/2014 | 0.00 | 0.00 | 0.00 |
| Company Provident Fund | 2.50 | 56.03 | 1,585.69 |
| Catch-up Contribution - ended 12/31/2014 | 0.00 | 0.00 | 0.00 |
| GESPP Post Tax | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | pre-tax deds | Taxable Wages | taxes | post-tax deds | net pay |
|---|---|---|---|---|---|---|
| This Period | $2,569.57 | $543.08 | $2,033.13 | $195.96 | $273.37 | $1,557.16 |
| YTD | $90,417.47 | $13,940.64 | $77,258.97 | $8,313.64 | $6,683.68 | $61,507.51 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $400.00 | <...7000> | Terminal CU |
| Direct deposit 2 | Checking or Money Market | $1,157.16 | <...0816> | Louisiana FCU |

Fill in this information to identify your case:

Debtor 1 **Cornelius J. Dupard, IV**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number **15-12249**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Your Household**

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No

| Do not list Debtor 1 and Debtor 2. Do not state the dependents' names. | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | ☑ Yes. Fill out this information for each dependent............. | Daughter | 4 | ☐ No ☑ Yes |
| | | Daughter | 6 | ☐ No ☑ Yes |
| | | Son | 16 | ☐ No ☑ Yes |
| | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

**Part 2: Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

    4. $     800.00

    If not included in line 4:

    4a. Real estate taxes      4a. $     60.00
    4b. Property, homeowner's, or renter's insurance      4b. $     0.00
    4c. Home maintenance, repair, and upkeep expenses      4c. $     75.00
    4d. Homeowner's association or condominium dues      4d. $     0.00
5. Additional mortgage payments for your residence, such as home equity loans      5. $     0.00

| Debtor 1 | Cornelius J. Dupard, IV | Case number (if known) | 15-12249 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 245.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 45.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 170.00 |
| | 6d. Other. Specify: **Cable** | 6d. $ | 120.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 794.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 144.00 |
| 10. | **Personal care products and services** | 10. $ | 70.00 |
| 11. | **Medical and dental expenses** | 11. $ | 240.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 420.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 45.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 353.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 450.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: **Seterus (Greenwood)** | 17c. $ | 890.65 |
| | 17d. Other. Specify: **OCWEN (Cobblestone)** | 17d. $ | 1,643.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **misc.** | 21. +$ | 300.00 |
| | **tuition** | +$ | 750.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 7,614.65 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 8,376.50 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 7,614.65 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 761.85 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Cornelius J. Dupard, IV** _____   Case No.   **15-12249**
                                    Debtor(s)          Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 10, 2017** _____   Signature _____
                                              **Cornelius J. Dupard, IV**
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy